# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 22−10227−KHK
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Hillina M Belay
5802 Biscayne Drive
Alexandria, VA 22303

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−5309

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **July 7, 2022**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Address of the Bankruptcy Court

200 South Washington Street
Alexandria, VA 22314

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

Dated:   April 6, 2022

[B2040.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                     Case No. 22-10227-KHK
Hillina M Belay                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 | User: | Page 1 of 2
Date Rcvd: Apr 06, 2022 | Form ID: 2040 | Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hillina M Belay, 5802 Biscayne Drive, Alexandria, VA 22303-1904 |
| 15836818 | ++ | FIRST COMMUNITY CREDIT UNION, 15260 FM 529, HOUSTON TX 77095-3252 address filed with court:, First Community CU, Attn: Bankruptcy, Po Box 840129, Houston, TX 77284-0000 |
| 15836820 | + | Logicoll, LLC, PO Box 1479, Lombard, IL 60148-8479 |
| 15836821 | + | Nys Higher Ed Services, 99 Washington Ave, Albany, NY 12255-0002 |
| 15836823 | + | Russell Wooten, 15915 Mill Hollow Drive, Houston, TX 77084-3528 |
| 15836828 | + | Waypoint Resource Group, Attn: Bankruptcy, 301 Sundance Parkway, Round Rock, TX 78681-8004 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15836812 | + | Email/PDF: bncnotices@becket-lee.com | Apr 07 2022 00:05:21 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15836813 | + | Email/Text: bankruptcy@connexuscu.org | Apr 07 2022 00:08:00 | Connexus CU, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 15836814 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 07 2022 00:08:00 | Credit Acceptance, Attn: Bankruptcy, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 15836815 | + | EDI: CMIGROUP.COM | Apr 07 2022 04:43:00 | Credit Management LP, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| 15836816 | + | EDI: DISCOVER.COM | Apr 07 2022 04:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15836817 | + | Email/Text: bknotice@ercbpo.com | Apr 07 2022 00:08:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15836819 | + | EDI: IIC9.COM | Apr 07 2022 04:43:00 | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 15836822 | | EDI: PRA.COM | Apr 07 2022 04:43:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502-0000 |
| 15836824 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 07 2022 00:08:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 15836825 | + | EDI: RMSC.COM | Apr 07 2022 04:43:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15836826 | + | EDI: PRATHEBUR | Apr 07 2022 04:43:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15836827 | | EDI: USBANKARS.COM | Apr 07 2022 04:43:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-0000 |
| 15836829 | + | EDI: WFFC.COM | Apr 07 2022 04:43:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA |

50328-0001

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Richard Owen Bolger | on behalf of Debtor Hillina M Belay richard@bolgerlaw.com bolgerlawfirm1@gmail.com;michelle@bolgerlaw.com;cindy@bolgerlaw.com;bolgerrr90631@notify.bestcase.com |

TOTAL: 3