# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| In re: | ) |
|  | ) Bankruptcy Case |
| HILLINA M. BELAY | ) No. 22-10227-KHK |
|  | ) Chapter 7 |
| Debtor. | ) |

## CONSENT ORDER RESOLVING TRUSTEE'S OBJECTION TO EXEMPTIONS

UPON CONSIDERATION of the Objection ("Objection") (Docket No. 14) filed by H. Jason Gold, the chapter 7 trustee ("Trustee"), to the Debtor's claimed exemptions regarding real property with the street address of 23427 Farfalla Lane, Richmond, Texas 77406 ("Property"), and the parties having resolved the Objection as set forth herein;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is SUSTAINED.

2. The Debtor's claimed exemption in the Property is denied.

Date: May 23 2022

/s/ Klinette H Kindred
United States Bankruptcy Judge
Entered On Docket: May 23, 2022

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


SEEN AND AGREED:


/s/ Richard Owen Bolger (by DGT with authority)
Richard Owen Bolger, Va. Bar No. 22994
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, VA 22030
703-383-9595
Fax: 703-598-3000
Email: richard@bolgerlaw.com


**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT**

     I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced Order.

                                       /s/ Dylan G. Trache
                                       Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Richard Owen Bolger
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, VA 22030

4863-2220-7264